UNITED STATES DISTRICT COURT — MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 11/8/07          CASE NUMBER: 07-10729M-001

**CLOSED**

USA vs. Sergio Belman-Gomez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____  INTERPRETER _____
                                         LANGUAGE _____

Attorney for Defendant Matthew Johnson (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☐ PRESENT  ☒ NOT PRESENT  ☒ RELEASED

DOA___
☐ Financial Afdvt taken          ☐ Initial Appearance            ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)                   ☐ Defendant Sworn               ☐ Financial Afdvt sealed
                                 ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                   in Defendant's true name.

| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>    ☐ Flight risk  ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| --- | --- |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: _____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Prosecution Agent Mario Guerrero appears for the Government and moves to dismiss complaint. Defense has no objection. The defendant never appeared in court due to medical reasons.

Recorded by Courtsmart (1 min)
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Sergio BELMAN-Gomez
Citizen of Mexico
YOB: 1971
A72 710 042
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07- 10729M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about November, 08, 2004, Defendant Sergio BELMAN-Gomez was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about November 3, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about November 3, 2007, within the Southern District of California, Defendant Sergio BELMAN-Gomez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on July 21, 2004 (Felony).

### COUNT III

That on or about November 3, 2007, within the Southern District of California, Defendant Sergio BELMAN-Gomez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes    ☐ No

Signature of Complainant
Enrique Moya
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

November 5, 2007     at     Yuma, Arizona
Date                         City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer         Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:              Sergio BELMAN-Gomez

Dependents:             1 Mexican

**IMMIGRATION HISTORY:**   The Defendant was last removed through San Ysidro, California on November, 08, 2004. The defendant was also deported on **FIVE MORE** different occasions.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 08/31/93 | SEATTLE, WA PD | ASSAULT WITH INTENT | GUILTY. CONVICTED 11 MONTHS JAIL. |
| 10/04/93 | SEATTLE, WA PD | CHARGE 1- VUCSA | GUILTY. CONVICTED 88 DAYS, COMM SUPV 12 MONTHS. |
| 02/22/94 | SEATTLE, WA PD | CHARGE 1- VUCSA | GUILTY. 2 MONTHS JAIL, COMM SUPV 12 MONTHS |
| 03/15/94 | SEATTLE, WA PD | CHARGE 1- ASSAULT CHARGE 2- MALICIOUS MISCHIEF | SENTENCE: UNKNOWN |
| 05/13/97 | U.S. BORDER PATROL YUMA, AZ. | CHARGE 1- ILLEGAL ENTRY CHARGE 2- RE-ENTRY AFTER DEPORTATION | CONVICTED. 90 DAYS JAIL. |
| 11/29/01 | U.S. BORDER PATROL YUMA, AZ | CHARGE 1- ILLEGAL ENTRY CHARGE 2- RE-ENTRY AFTER DEPORTATION | CONVICTED. 100 DAYS JAIL. |
| 07/21/04 | U.S. BORDER PATROL YUMA, AZ. | CHARGE 1- ILLEGAL ENTRY. CHARGE 2- RE-ENTRY AFTER DEPORTATION | CONVICTED. 110 DAYS JAIL. |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 3, 2007.

| Charges: | 8 USC§1326 | (Felony) |
| --- | --- | --- |
| | 8 USC§1325 | (Felony) |
| | 8 USC§1325 | (Misdemeanor) |

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____November 5, 2007_____
Date

_____
Signature of Judicial Officer

## Probable Cause Statement

*I, Senior Patrol Agent Enrique Moya, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| Defendant: | Sergio BELMAN-Gomez |
| Dependents: | 1 Mexican |
| **IMMIGRATION HISTORY:** | The Defendant was last removed through San Ysidro, California on November, 08, 2004. The defendant has been deported on **FIVE MORE** different occasions. |

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 08/31/93 | SEATTLE, WA PD | ASSAULT WITH INTENT | GUILTY. CONVICTED 11 MONTHS JAIL. |
| 10/04/93 | SEATTLE, WA PD | CHARGE 1- VUCSA | GUILTY. CONVICTED 88 DAYS, COMM SUPV 12 MONTHS. |
| 02/22/94 | SEATTLE, WA PD | CHARGE 1- VUCSA | GUILTY. 2 MONTHS JAIL, COMM SUPV 12 MONTHS |
| 03/15/94 | SEATTLE, WA PD | CHARGE 1- ASSAULT CHARGE 2- MALICIOUS MISCHIEF | SENTENCE: UNKNOWN |
| 05/13/97 | U.S. BORDER PATROL YUMA, AZ. | CHARGE 1- ILLEGAL ENTRY CHARGE 2- RE-ENTRY AFTER DEPORTATION | CONVICTED. 90 DAYS JAIL. |
| 11/29/01 | U.S. BORDER PATROL YUMA, AZ | CHARGE 1- ILLEGAL ENTRY CHARGE 2- RE-ENTRY AFTER DEPORTATION | CONVICTED. 100 DAYS JAIL. |
| 07/21/04 | U.S. BORDER PATROL YUMA, AZ. | CHARGE 1- ILLEGAL ENTRY. CHARGE 2- RE-ENTRY AFTER DEPORTATION | CONVICTED. 110 DAYS JAIL. |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 3, 2007.

| Charges: | 8 USC§1326 | (Felony) |
|---|---|---|
| | 8 USC§1325 | (Felony) |
| | 8 USC§1325 | (Misdemeanor) |

Executed on: Date  November 4, 2007                    Time:  6:32 AM

Signed: _____  Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on November 3, 2007 in violation of Title 8, United States Code, Section(s) 1326 and 1325.

Finding made on: Date  November 4, 2007   Time  3:42 pm

Signed: _____ United States Magistrate Judge